## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ELNORA BOYKINS | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 3:11CV0081  SWW |
| DOVENMUEHLE MORTGAGE, INC. | * | |
| | * | |
| Defendant | * | |

## ORDER

On May 9, 2011, Plaintiff Elnora Boykins commenced this action pursuant to the Real Estate Settlement Procedures Act and the Truth in Lending Act, alleging that Defendant failed to respond to a request for the identity of a creditor.  On July 21, 2011, Plaintiff filed a notice of bankruptcy,[1] stating that she had filed a Chapter 13 bankruptcy petition.  Since Plaintiff filed said notice, there has been no activity in this case.  Plaintiff is directed to file notice, within fourteen days from the entry date of this order, stating the status of her bankruptcy proceedings and whether she intends to pursue her claims in this case.

IT IS SO ORDERED THIS 26TH DAY OF JANUARY, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] The notice incorrectly identifies Plaintiff Elnora Boykins as "the defendant."  *See* docket entry #5.